**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Harvey Harrington, III** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Debra H Harrington** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF ARKANSAS |
| Case number (if known) | **5:17-bk-14177** |

☐ Check if this is an
   amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:    Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B................................................................ | $        1,576,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B..................................................... | $        1,045,548.23 |
| 1c. Copy line 63, Total of all property on Schedule A/B............................................................... | $        2,621,548.23 |

### Part 2:    Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $        1,789,467.74 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $        0.00 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $        47,390.00 |
| **Your total liabilities** | $        1,836,857.74 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................................ | $        14,583.56 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*............................................................... | $        4,085.59 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9 for statistical purposes. 28 U.S.C. § 159.

■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor 1   **Harvey Harrington, III**
Debtor 2   **Debra H Harrington**

Case number *(if known)*   **5:17-bk-14177**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $      **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $      **0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $      **0.00** |
| 9d. Student loans. (Copy line 6f.) | $      **0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $      **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$      **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $      **0.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Harvey Harrington, III** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | **Debra H Harrington** |
| (Spouse, if filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF ARKANSAS |
| Case number | **5:17-bk-14177** |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

---

**1.1**

**105 East Vaugine Road**
Street address, if available, or other description

**Sherrill**     **AR**     **72152-0000**
City     State     ZIP Code

**Jefferson**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Residence and 9.79 acres**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$75,000.00** | **$75,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   **Harvey Harrington, III**
Debtor 2   **Debra H Harrington**

Case number *(if known)*   **5:17-bk-14177**

---

**If you own or have more than one, list here:**

1.2

**Vaugine Road**

Street address, if available, or other description

**Sherrill**          **AR**      **72152-0000**
City                        State        ZIP Code

**Jefferson**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**354 Acres in area of Vaugine Road (approximate acreage and estimated value)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?       Current value of the portion you own?
**$1,500,000.00**                               **$1,500,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee Simple Subject to Mortgage**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.3

**Lot 008, Block 007**
**Sherrill Addition**

Street address, if available, or other description

**Sherrill**          **AR**      **72152-0000**
City                        State        ZIP Code

**Jefferson**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**vacant lot 008, Block 007 located in Jefferson County**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?       Current value of the portion you own?
**$1,000.00**                                   **$1,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee Simple Subject to Mortgage**

☐ **Check if this is community property**
(see instructions)

---

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**................................................................=>

**$1,576,000.00**

**Part 2:   Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| Debtor 1 | **Harvey Harrington, III** | | |
|---|---|---|---|
| Debtor 2 | **Debra H Harrington** | Case number *(if known)* | **5:17-bk-14177** |

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

---

3.1 Make: **Cadillac**

Model: **CTS**

Year: **2010**

Approximate mileage: **158,905**

Other information:

**Fair Condition
Location: 105 E. Vaugine Rd,
Sherrill AR 72152**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$6,290.00**

Current value of the portion you own? **$6,290.00**

---

3.2 Make: **Ford**

Model: **F250**

Year: **2012**

Approximate mileage: **163,245**

Other information:

**Fair Condition
Location: 105 E. Vaugine Rd,
Sherrill AR 72152**

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$21,900.00**

Current value of the portion you own? **$21,900.00**

---

3.3 Make: **Ford**

Model: **Focus**

Year: **2012**

Approximate mileage: **unknown**

Other information:

**Debtors have no interest in the vehicle. Debra Harrington co-signed with her son to purchase the vehicle. He has made and continues to make the payments on the vehicle and to maintain the vehicle.**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$0.00**

Current value of the portion you own? **$0.00**

---

3.4 Make: **Ford**

Model: **F250**

Year: **2002**

Approximate mileage: **270,685**

Other information:

**unoperable
Location: 105 E. Vaugine Rd,
Sherrill AR 72152**

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$4,000.00**

Current value of the portion you own? **$4,000.00**

---

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

---

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................=>      **$32,190.00**

---

**Part 3:  Describe Your Personal and  Household Items**

| Debtor 1 | **Harvey Harrington, III** | | |
|---|---|---|---|
| Debtor 2 | **Debra H Harrington** | Case number *(if known)* | **5:17-bk-14177** |

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe.....

| household goods and furnishings, appliances, furniture, linens, decorative items, small appliances, etc. Location: 105 E. Vaugine Rd, Sherrill AR 72152 | $7,500.00 |
|---|---|

**7. Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe.....

| Television, Cell Phones, Computer Location: 105 E. Vaugine Rd, Sherrill AR 72152 | $800.00 |
|---|---|

**8. Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☑ Yes. Describe.....

| Small hand tools, small power tools Location: 105 E. Vaugine Rd, Sherrill AR 72152 | $2,000.00 |
|---|---|

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ☐ No
   ☑ Yes. Describe.....

| Various Firearms Location: 105 E. Vaugine Rd, Sherrill AR 72152 | $3,000.00 |
|---|---|

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ☑ Yes. Describe.....

| Clothing, Shoes & Accessories Location: 105 E. Vaugine Rd, Sherrill AR 72152 | $800.00 |
|---|---|

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ☑ Yes. Describe.....

| Debtor 1 | **Harvey Harrington, III** | | |
|---|---|---|---|
| Debtor 2 | **Debra H Harrington** | Case number *(if known)* | **5:17-bk-14177** |

| | |
|---|---|
| Husband wedding band<br>Location: 105 E. Vaugine Rd, Sherrill AR 72152 | $200.00 |

| | |
|---|---|
| Wife wedding bands<br>Location: 105 E. Vaugine Rd, Sherrill AR 72152 | $650.00 |

| | |
|---|---|
| Wife various gold necklaces; costume jewelry<br>Location: 105 E. Vaugine Rd, Sherrill AR 72152 | $1,500.00 |

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| 10 Chickens | $100.00 |

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ☐ No
   ■ Yes.  Give specific information.....

| | |
|---|---|
| garden tiller; outdoor equipment for yard; 2 old lawn mowers<br>Location: 105 E. Vaugine Rd, Sherrill AR 72152 | $500.00 |

**15.** **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...........................................................................

| |
|---|
| $17,050.00 |

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes...........................................................................................................

| | |
|---|---|
| Cash<br>Location: 105 E. Vaugine Rd, Sherrill AR 72152 | $107.00 |

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes........................                Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking** | **Arkansas County Bank** | $223.27 |

| | | | |
|---|---|---|---|
| 17.2. | **Checking** | **Simmons Bank (Joint Account)** | $9,571.66 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor 1 | **Harvey Harrington, III** | | |
|---|---|---|---|
| Debtor 2 | **Debra H Harrington** | Case number *(if known)* | **5:17-bk-14177** |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

   ■ No
   ☐ Yes.................   Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

   ☐ No
   ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Vaugine Farm, LLC (Tax ID #46-5698657)** **Harvey Harrington, III, Sole Manager** **See attached list of Assets and Liabilities** | **Husband** **100%**  % | **Unknown** |
| **d/b/a Harrington Land Leveling (Tax ID #81-0585792)** **Location: 105 E. Vaugine Rd, Sherrill AR 72152** | **100%**  % | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

   ■ No
   ☐ Yes. Give specific information about them
      Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

   ■ No
   ☐ Yes. List each account separately.
      Type of account:      Institution name:

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

   ■ No
   ☐ Yes. .....................   Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

   ■ No
   ☐ Yes.............   Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

   ■ No
   ☐ Yes.............   Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

   ■ No
   ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

   ■ No
   ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

   ■ No
   ☐ Yes.  Give specific information about them...

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Harvey Harrington, III** | | |
|---|---|---|---|
| Debtor 2 | **Debra H Harrington** | Case number *(if known)* | **5:17-bk-14177** |

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

■ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No

☐ Yes. Give specific information......

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No

☐ Yes.  Give specific information..

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **MetLife Insurance Company** **Whole Life Insurance Policy** | **Debra Harrington** | **$15,195.74** |
| **American General  Policy #YME1473395** **Life insurance policy on Husband, no cash value** | **Debra Harrington** | **$0.00** |
| **West Coast Life Policy #Z01488326** **Life insurance policy on Husband; no cash value** | **Debra Harrington** | **$0.00** |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No

☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No

■ Yes.  Describe each claim.........

| **Potential claims against various individuals who have not paid Harrington Land Leveling. Debtors believe the amount is likely uncollectable and therefore of little or no value** | **$0.00** |
|---|---|

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No

☐ Yes.  Describe each claim.........

| Debtor 1 | **Harvey Harrington, III** | | |
|---|---|---|---|
| Debtor 2 | **Debra H Harrington** | Case number *(if known)* | **5:17-bk-14177** |

35. **Any financial assets you did not already list**
- ■ No
- ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**...................................................................................................................

**$25,097.67**

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
- ☐ No. Go to Part 6.
- ■ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
- ☐ No
- ■ Yes.  Describe.....

| | |
|---|---|
| Accounts Receivable for Harrington Land Leveling | $43,859.56 |

39. **Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
- ☐ No
- ■ Yes.  Describe.....

| | |
|---|---|
| Desk, computer, printer, office supplies<br>Location: 105 E. Vaugine Rd, Sherrill AR 72152 | $1,000.00 |

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
- ☐ No
- ■ Yes.  Describe.....

| | |
|---|---|
| Versitile 575 Tractor 4x4<br>(estimated value)<br>Location: 105 E. Vaugine Rd, Sherrill AR 72152 | $150,000.00 |
| Top Con Ag Survey & Design GPX (Contract #001)<br>TopCon GRS AG Base Kit (Contract #002)<br>GPS Equipment:<br>TOPCON kit SYS 210 SGL to DUA<br>GR5 Machine Controls GPS<br>Top Con GX55 Control Box<br>(esimated value)<br>Location: 105 E. Vaugine Rd, Sherrill AR 72152 | $45,000.00 |
| Case IH Steiger Tractor Model 435 Serial #: ZAF122354<br>(estimated value)<br>Location: 105 E. Vaugine Rd, Sherrill AR 72152 | $75,000.00 |

| Debtor 1 | **Harvey Harrington, III** | | |
| Debtor 2 | **Debra H Harrington** | Case number *(if known)* | **5:17-bk-14177** |

| | |
|---|---:|
| **Case IH Steiger Tractor Model  Serial #: ZCF130856**<br>(estimated value)<br>Location: 105 E. Vaugine Rd, Sherrill AR 72152 | $175,000.00 |
| **Case IH Steiger Tractor Model STX500 Serial #: ZDF133716**<br>(estimated value)<br>Location: 105 E. Vaugine Rd, Sherrill AR 72152 | $180,000.00 |
| **CS2112 Crabtree Scraper Serial #: 6370**<br>(esimated value)<br>Location: 105 E. Vaugine Rd, Sherrill AR 72152 | $30,000.00 |
| **20YD Crabtree Scraper Serial #: 6394**<br>(esimated value)<br>Location: 105 E. Vaugine Rd, Sherrill AR 72152 | $30,000.00 |
| **Crabtree Scraper Model 21-12 Serial #: 6520**<br>(esimated value)<br>Location: 105 E. Vaugine Rd, Sherrill AR 72152 | $50,000.00 |
| **Arctic Cat Prowler 700HDH side by side, serial #4UF14MPVXET308213**<br>(estimated value)<br>Location: 105 E. Vaugine Rd, Sherrill AR 72152 | $2,000.00 |
| **Camel Back relift serial #7139802**<br>(esimated value)<br>Location: 105 E. Vaugine Rd, Sherrill AR 72152 | $1.00 |
| **Krouse Disk 12ft serial #1293-611300 & serial #3333-611**<br>(esimated value)<br>Location: 105 E. Vaugine Rd, Sherrill AR 72152 | $1,000.00 |
| **Reynolds 17-c Dirt Pans Serial #31459,31460, & 30356**<br>(esimated value)<br>Location: 105 E. Vaugine Rd, Sherrill AR 72152 | $18,000.00 |
| **Reynolds 17-CS Dirt Pan Serial #31957**<br>(esimated value)<br>Location: 105 E. Vaugine Rd, Sherrill AR 72152 | $6,800.00 |
| **Fair Oaks Landplain**<br>(esimated value)<br>Location: 105 E. Vaugine Rd, Sherrill AR 72152 | $1,000.00 |
| **Roam Disk 12 ft**<br>(esimated value)<br>Location: 105 E. Vaugine Rd, Sherrill AR 72152 | $1,000.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1   **Harvey Harrington, III**
Debtor 2   **Debra H Harrington**

Case number *(if known)*   **5:17-bk-14177**

| | |
|---|---|
| **3,000 gallon fuel tank**<br>**(esimated value)**<br>**Location: 105 E. Vaugine Rd, Sherrill AR 72152** | $500.00 |
| **6,500 gallon fuel tank**<br>**(esimated value)**<br>**Location: 105 E. Vaugine Rd, Sherrill AR 72152** | $1,000.00 |
| **1,000 gallon fuel tank (damaged with leaking)**<br>**(esimated value)**<br>**Location: 105 E. Vaugine Rd, Sherrill AR 72152** | $100.00 |
| **1,000 gallon fuel tank with trailer**<br>**(esimated value)**<br>**Location: 105 E. Vaugine Rd, Sherrill AR 72152** | $2,000.00 |
| **Gooseneck Trailer**<br>**(esimated value)**<br>**Location: 105 E. Vaugine Rd, Sherrill AR 72152** | $1,500.00 |
| **Laser Trailers**<br>**(esimated value)**<br>**Location: 105 E. Vaugine Rd, Sherrill AR 72152** | $400.00 |
| **14ft trailer (bad axle)**<br>**(esimated value)**<br>**Location: 105 E. Vaugine Rd, Sherrill AR 72152** | $200.00 |
| **John Deere 4400 Tractor with Loader Serial #LV4400H140026**<br>**(esimated value)**<br>**Location: 105 E. Vaugine Rd, Sherrill AR 72152** | $500.00 |
| **Miller Bobcat Welder with trailer with ingersol Rand air**<br>**compressor serial #0910**<br>**(estimated value)**<br>**Location: 105 E. Vaugine Rd, Sherrill AR 72152** | $2,000.00 |
| **Caterpillar Dozer, Serial #DHA00882**<br>**(estimated value)**<br>**Location: 105 E. Vaugine Rd, Sherrill AR 72152** | $60,000.00 |
| **Crabtree Dirt Pan CS21, Serial #6313 (estimated value)**<br>**Location: 105 E. Vaugine Rd, Sherrill AR 72152** | $30,000.00 |
| **Crabtree Dirt Pan CS23, Serial #6328 (estimated value)**<br>**Location: 105 E. Vaugine Rd, Sherrill AR 72152** | $40,000.00 |
| **Trackhoe Stumper (estimated value)**<br>**Location: 105 E. Vaugine Rd, Sherrill AR 72152** | $600.00 |

Schedule A/B: Property

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Harvey Harrington, III** | | |
|---|---|---|---|
| Debtor 2 | **Debra H Harrington** | Case number *(if known)* | **5:17-bk-14177** |

| | |
|---|---|
| **Container 28ft**<br>**(esimated value)**<br>**Location: 105 E. Vaugine Rd, Sherrill AR 72152** | $500.00 |
| **Container 45ft**<br>**(esimated value)**<br>**Location: 105 E. Vaugine Rd, Sherrill AR 72152** | $800.00 |
| **Spectra Prec. equip analog receiver**<br>**(esimated value)**<br>**Location: 105 E. Vaugine Rd, Sherrill AR 72152** | $600.00 |
| **Laser Plain control box & receiver**<br>**(esimated value)**<br>**Location: 105 E. Vaugine Rd, Sherrill AR 72152** | $400.00 |
| **Trimble Laser systems, CB415-5 Controlbox, PM 400 Power**<br>**Module, VM415 Valve Module, LR410 Receiver**<br>**(esimated value)**<br>**Location: 105 E. Vaugine Rd, Sherrill AR 72152** | $2,000.00 |
| **Trimble Quartz Laser System**<br>**(esimated value)**<br>**Location: 105 E. Vaugine Rd, Sherrill AR 72152** | $800.00 |
| **Trimble (si-tech) GPS (estimated value)**<br>**Location: 105 E. Vaugine Rd, Sherrill AR 72152** | $15,000.00 |
| **Trimble Laser 720**<br>**(esimated value)**<br>**Location: 105 E. Vaugine Rd, Sherrill AR 72152** | $500.00 |
| **EL-1 Trimble Laser**<br>**(esimated value)**<br>**Location: 105 E. Vaugine Rd, Sherrill AR 72152** | $150.00 |
| **2 Lane Relifs**<br>**(esimated value)**<br>**Location: 105 E. Vaugine Rd, Sherrill AR 72152** | $2,000.00 |

41. **Inventory**
   ■ No
   ☐ Yes.  Describe.....

42. **Interests in partnerships or joint ventures**
   ■ No
   ☐ Yes.  Give specific information about them...................
   　　　　　　Name of entity:　　　　　　　　　　　　% of ownership:

| Debtor 1 | **Harvey Harrington, III** | | |
|---|---|---|---|
| Debtor 2 | **Debra H Harrington** | Case number *(if known)* | **5:17-bk-14177** |

**43.  Customer lists, mailing lists, or other compilations**

■ No.

☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

■ No

☐ Yes.  Describe.....

**44.  Any business-related property you did not already list**

■ No

☐ Yes. Give specific information.........

**45.  Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**.................................................................................................

$971,210.56

**Part 6:**   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

**46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

**Part 7:**   Describe All Property You Own or Have an Interest in That You Did Not List Above

**53.  Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

**54.  Add the dollar value of all of your entries from Part 7. Write that number here**  ....................................

$0.00

**Part 8:**   List the Totals of Each Part of this Form

| | | |
|---|---|---|
| **55.  Part 1: Total real estate, line 2** ............................................................................................... | | $1,576,000.00 |
| **56.  Part 2: Total vehicles, line 5** | $32,190.00 | |
| **57.  Part 3: Total personal and household items, line 15** | $17,050.00 | |
| **58.  Part 4: Total financial assets, line 36** | $25,097.67 | |
| **59.  Part 5: Total business-related property, line 45** | $971,210.56 | |
| **60.  Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| **61.  Part 7: Total other property not listed, line 54** | + $0.00 | |
| **62.  Total personal property.** Add lines 56 through 61... | $1,045,548.23    Copy personal property total | $1,045,548.23 |
| **63.  Total of all property on Schedule A/B.** Add line 55 + line 62 | | $2,621,548.23 |

**VAUGINE FARM, LLC**

**ASSETS:**

| | |
|---|---|
| Checking Account - Arkansas County Bank | $ 1,264.10 |
| Checking Account - Simmons Bank | $ 1,041.89 |
| Insurance Claim - preventative planting of rice. Claim filed with Diversified Crop Insurance | unknown |
| 2016 Deficiency Payment from FSA (anticipated in October 2017) | unknown |
| 439ITCase Power unit with Trailer Serial No. DJA0008818 | $ 2,000.00 |
| 439ITCase Power unit with Trailer Serial No. DJA0008999 | $ 2,000.00 |
| 439IT Case Poer Unit with Trailer and Burkley Pump Serial No. DJA0011991 | $ 2,500.00 |
| Krouse Disk 34 ft #1153 | $ 9,000.00 |
| Case IH 9370 4x4 Tractor (blown motor) Serial No. JEE0074633 | $ 20,000.00 |
| Brandt Landplain | $ 800.00 |
| 10,000 gallon fuel tank | $ 3,000.00 |
| 2009 Fontain Trailer Serial No. 13NE5230993549122 | $ 20,000.00 |
| Reynolds 15-C Dirt Pan Serial No. 31667 | $ 6,000.00 |
| Levee Hog Pull Type Squeezer with Seeder Serial No. H558 | $ 400.00 |
| DMI Tigermate Filed Cultivator | $ 2,500.00 |
| John Deere Power Unit Serial No. PE 4045L169224 | $ 2,600.00 |
| Benson Relift Pump | $ 3,400.00 |
| Goodseneck Trainer with boxes and tank | $ 4,000.00 |
| 4 bottom braking plow | $ 200.00 |
| 1996 Mack CH12 Truck VIN# 1M1AA13Y0TW057096 | $10,000 |
| Trimble TMX, Screen, Module & Antenna | $ 9,000.00 |
| Salvage Mack Truck (burned) | $ 200.00 |
| | |
| | $ 99,905.99 |

**LIABILITIES:**

| | |
|---|---|
| USDA FSA/Farmer Loan | $46,803.00 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Harvey Harrington, III** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Debra H Harrington** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF ARKANSAS |
| Case number | **5:17-bk-14177** |
| (if known) | |

☐ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt            4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**   **Identify the Property You Claim as Exempt**

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

  ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

  ☑ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2.  **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **105 East Vaugine Road Sherrill, AR 72152  Jefferson County Residence and 9.79 acres**<br>Line from *Schedule A/B*: **1.1** | $75,000.00 | ☑ $47,350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| **2010 Cadillac CTS 160,000 miles**<br>Line from *Schedule A/B*: **3.1** | $6,290.00 | ☑ $3,775.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| **2010 Cadillac CTS 160,000 miles**<br>Line from *Schedule A/B*: **3.1** | $6,290.00 | ☑ $1,021.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **2012 Ford F250 163,245 miles Fair Condition**<br>**Location: 105 E. Vaugine Rd, Sherrill AR 72152**<br>Line from *Schedule A/B*: **3.2** | $21,900.00 | ☑ $270.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1  **Harvey Harrington, III**
Debtor 2  **Debra H Harrington**                                   Case number (if known)  **5:17-bk-14177**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **household goods and furnishings, appliances, furniture, linens, decorative items, small appliances, etc.**<br>**Location: 105 E. Vaugine Rd, Sherrill AR 72152**<br>Line from *Schedule A/B*: **6.1** | $7,500.00 | ■ $7,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Television, Cell Phones, Computer**<br>**Location: 105 E. Vaugine Rd, Sherrill AR 72152**<br>Line from *Schedule A/B*: **7.1** | $800.00 | ■ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Small hand tools, small power tools**<br>**Location: 105 E. Vaugine Rd, Sherrill AR 72152**<br>Line from *Schedule A/B*: **9.1** | $2,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(6) |
| **Clothing, Shoes & Accessories**<br>**Location: 105 E. Vaugine Rd, Sherrill AR 72152**<br>Line from *Schedule A/B*: **11.1** | $800.00 | ■ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Husband wedding band**<br>**Location: 105 E. Vaugine Rd, Sherrill AR 72152**<br>Line from *Schedule A/B*: **12.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Wife wedding bands**<br>**Location: 105 E. Vaugine Rd, Sherrill AR 72152**<br>Line from *Schedule A/B*: **12.2** | $650.00 | ■ $650.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Wife various gold necklaces; costume jewelry**<br>**Location: 105 E. Vaugine Rd, Sherrill AR 72152**<br>Line from *Schedule A/B*: **12.3** | $1,500.00 | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| **garden tiller; outdoor equipment for yard; 2 old lawn mowers**<br>**Location: 105 E. Vaugine Rd, Sherrill AR 72152**<br>Line from *Schedule A/B*: **14.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Cash**<br>**Location: 105 E. Vaugine Rd, Sherrill AR 72152**<br>Line from *Schedule A/B*: **16.1** | $107.00 | ■ $107.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Checking: Simmons Bank (Joint Account)**<br>Line from *Schedule A/B*: **17.2** | $9,571.66 | ■ $1,372.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

| Debtor 1 | **Harvey Harrington, III** | | |
|---|---|---|---|
| Debtor 2 | **Debra H Harrington** | Case number (if known) | **5:17-bk-14177** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Desk, computer, printer, office supplies**<br>**Location: 105 E. Vaugine Rd, Sherrill AR 72152**<br>Line from *Schedule A/B*: **39.1** | $1,000.00 | ■  $1,000.00<br><br>☐  100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(6)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■  No

   ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐  No

       ☐  Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Harvey Harrington, III** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Debra H Harrington** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF ARKANSAS |
| Case number (if known) | **5:17-bk-14177** |

☐ Check if this is an amended filing

<u>Official Form 106D</u>

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:  List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim | **Column C**<br>Unsecured portion<br>If any |
|---|---|---|---|

| 2.1 | **AGCO FINANCE LLC** | | |
|---|---|---|---|

Describe the property that secures the claim:        $150,000.00        $150,000.00        $0.00

Creditor's Name

**Versitile Tractor**

**PO Box 2000**
**Johnston, IA 50131-0020**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Purchase Money Security**

Date debt was incurred   **2016**        Last 4 digits of account number   **9000**

| 2.2 | **Arkansas County Bank** | $424,504.79 | $1,500,000.00 | $0.00 |
|---|---|---|---|---|

Describe the property that secures the claim:

Creditor's Name

**354 Acres of farmland**

**220 W. Cross St.**
**De Witt, AR 72042**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Second Mortgage**

Date debt was incurred   **June 5, 2012**        Last 4 digits of account number   **5124**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **Harvey Harrington, III** | | | Case number (if know) | **5:17-bk-14177** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Debra H Harrington** | | | | |
| | First Name | Middle Name | Last Name | | |

---

| 2.3 | **Arkansas County Bank** | | **$201,431.97** | **$1,500,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**354 Acres of farmland; equipment**

**220 W. Cross St.**
**De Witt, AR 72042**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)   **Non-Purchase Money Security**

Date debt was incurred   **September 2, 2014**     Last 4 digits of account number   **7265**

---

| 2.4 | **Arkansas County Bank** | | **$125,205.00** | **$1,500,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**354 Acres of farmland; equipment**

**220 W. Cross St.**
**De Witt, AR 72042**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Non-Purchase Money Security**

Date debt was incurred   **December 16, 2014**     Last 4 digits of account number   **7477**

---

| 2.5 | **Arkansas County Bank** | | **$44,560.28** | **$1,500,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**354 Acres of farmland**

**220 W. Cross St.**
**De Witt, AR 72042**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **First Mortgage**

---

Debtor 1 **Harvey Harrington, III**
_____
First Name          Middle Name          Last Name

Case number (if know)   **5:17-bk-14177**

Debtor 2 **Debra H Harrington**
_____
First Name          Middle Name          Last Name

Date debt was incurred   **May 27, 2010**      Last 4 digits of account number   **3117**

---

| 2.6 | **Arkansas Federal Credit Union** | | $21,630.00 | $21,900.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

> **2012 Ford F250 163,000 miles**
> **Fair Condition**
> **Location: 105 E. Vaugine Rd, Sherrill AR 72152**

**P.O. Box 9**
**Jacksonville, AR 72078**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Purchase Money Security**

Date debt was incurred   **July 2014**      Last 4 digits of account number   **5150**

---

| 2.7 | **Bank of the West** | | $61,291.44 | $45,000.00 | $16,291.44 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

> **GPS Eqipment**

**P.O. Box 7167**
**Pasadena, CA 91109-7167**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Purchase Money Security**

Date debt was incurred   _____      Last 4 digits of account number   **3260**

---

| 2.8 | **CNH Industrial Capital America** | | $219,620.00 | $180,000.00 | $39,620.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

> **Case IH Steiger Tractor Model 500 Serial #: ZDF133716**

**Attn:Bankruptcy**
**PO Box 292**
**Racine, WI 53401**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 8

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1 **Harvey Harrington, III**
     First Name      Middle Name      Last Name

Debtor 2 **Debra H Harrington**
     First Name      Middle Name      Last Name

Case number (if know)   **5:17-bk-14177**

☐ **Check if this claim relates to a community debt**

■ Other (including a right to offset)   **Purchase Money Security**

Date debt was incurred   **August 2014**     Last 4 digits of account number   **4005**

---

| 2.9 | **CNH Industrial Capital America** | | $195,860.00 | $175,000.00 | $20,860.00 |

Creditor's Name

**Attn:Bankruptcy
PO Box 292
Racine, WI 53401**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**Case IH Steiger Tractor Model SDX550 Serial #: ZCF130856**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Purchase Money Security**

Date debt was incurred   **June 2014**     Last 4 digits of account number   **4003**

---

| 2.10 | **CNH Industrial Capital America** | | $95,663.00 | $75,000.00 | $20,663.00 |

Creditor's Name

**Attn:Bankruptcy
PO Box 292
Racine, WI 53401**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**Case IH Steiger Tractor Model 435 Serial #: ZAF122354**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Purchase Money Security**

Date debt was incurred   **July 2013**     Last 4 digits of account number   **4002**

---

| 2.11 | **Crabtree Manufacturing** | | $7,863.21 | $30,000.00 | $0.00 |

Creditor's Name

**970 S Industrial Pkwy
Yazoo City, MS 39194**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**CS 2112 Crabtree Scraper Serial #: 6370**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only

Nature of lien. Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)

---

| Debtor 1 | **Harvey Harrington, III** | | | Case number *(if know)* | **5:17-bk-14177** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Debra H Harrington** | | | | |
| | First Name | Middle Name | Last Name | | |

☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)   Purchase Money Security

Date debt was incurred   **June 1, 2011**   Last 4 digits of account number _____

---

| 2.1 2 | **Crabtree Manufacturing** | Describe the property that secures the claim: | $6,045.99 | $30,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:
**20YD Crabtree Scraper Serial #: 6394**

970 S Industrial Pkwy
Yazoo City, MS 39194

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)   Purchase Money Security

Date debt was incurred   **November 2, 2011**   Last 4 digits of account number _____

---

| 2.1 3 | **Crabtree Manufacturing** | Describe the property that secures the claim: | $59,834.36 | $50,000.00 | $9,834.36 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:
**Crabtree Scraper Model 21-12 Serial #: 6520**

970 S Industrial Pkwy
Yazoo City, MS 39194

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)   Purchase Money Security

Date debt was incurred   **September 19, 2014**   Last 4 digits of account number _____

---

| 2.1 4 | **Freedom Road Financial** | Describe the property that secures the claim: | $2,873.70 | $2,000.00 | $873.70 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:
**Arctic Cat Prowler 700HDH side by side, serial #4UF14MPVXET308213**

10509 Professional Cir S
Reno, NV 89521

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 8

Debtor 1 **Harvey Harrington, III**
　　　　　First Name　　　　Middle Name　　　　Last Name

Debtor 2 **Debra H Harrington**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number (if know)　**5:17-bk-14177**

☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)　**Purchase Money Security**

Date debt was incurred　**November 2014**　　Last 4 digits of account number　**7675**

---

| 2.15 | **TD Auto Finance** | | $6,590.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**P.O. Box 9223
Farmington Hills, MI
48333**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**2012 Ford Focus (Son's vehicle)**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Date debt was incurred　**February 2014**　　Last 4 digits of account number　**8271**

---

| 2.16 | **U.S. Department of Agriculture** | | $165,000.00 | Unknown | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**4300 Goodfellow Blvd
FC-1332
Saint Louis, MO 63120**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**FSA Loan on equipment, Vaugine Farm, LLC crops, insurance claims**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)　**Non-Purchase Money Security**

Date debt was incurred　**June 30, 2014**　　Last 4 digits of account number　**4401**

---

| 2.17 | **US Bank** | | $1,494.00 | $6,290.00 | $0.00 |
|---|---|---|---|---|---|

Describe the property that secures the claim:

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1  **Harvey Harrington, III**

Case number *(if know)*  **5:17-bk-14177**

First Name   Middle Name   Last Name

Debtor 2  **Debra H Harrington**

First Name   Middle Name   Last Name

---

Creditor's Name

**Bankruptcy Department**
**P.O. Box 5229**
**Cincinnati, OH 45201**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

**Date debt was incurred**    **October 2011**

**2010 Cadillac CTS 160,000 miles**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured
    car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Purchase Money Security**

**Last 4 digits of account number**  **9513**

---

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $1,789,467.74 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $1,789,467.74 |

---

**Part 2:**   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐   Name, Number, Street, City, State & Zip Code
**AGCO FINANCE LLC**
**PO Box 9263**
**Des Moines, IA 50306-9263**

On which line in Part 1 did you enter the creditor? **2.1**

Last 4 digits of account number ___

☐   Name, Number, Street, City, State & Zip Code
**Jefferson County FSA**
**100 E. 8th Rm 2603**
**Pine Bluff, AR 71601-5073**

On which line in Part 1 did you enter the creditor? **2.16**

Last 4 digits of account number ___

☐   Name, Number, Street, City, State & Zip Code
**John Buzbee**
**Nixon, Light & Buzbee, PLLC**
**10201 W. Markham, Ste 108**
**Little Rock, AR 72205**

On which line in Part 1 did you enter the creditor? **2.8**

Last 4 digits of account number ___

☐   Name, Number, Street, City, State & Zip Code
**John Buzbee**
**Nixon, Light & Buzbee, PLLC**
**10201 W. Markham, Ste 108**
**Little Rock, AR 72205**

On which line in Part 1 did you enter the creditor? **2.9**

Last 4 digits of account number ___

☐   Name, Number, Street, City, State & Zip Code
**John Buzbee**
**Nixon, Light & Buzbee, PLLC**
**10201 W. Markham, Ste 108**
**Little Rock, AR 72205**

On which line in Part 1 did you enter the creditor? **2.10**

Last 4 digits of account number ___

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1 **Harvey Harrington, III**
　　　　　First Name　　　　　　　Middle Name　　　　　　Last Name

Debtor 2 **Debra H Harrington**
　　　　　First Name　　　　　　　Middle Name　　　　　　Last Name

Case number (*if know*)　**5:17-bk-14177**

---

☐　Name, Number, Street, City, State & Zip Code
**Russel D. Berry**
**Berry Law Firm**
**721 South Main Street**
**Stuttgart, AR 72160**

On which line in Part 1 did you enter the creditor?　**2.2**

Last 4 digits of account number ___

---

☐　Name, Number, Street, City, State & Zip Code
**Russel D. Berry**
**Berry Law Firm**
**721 South Main Street**
**Stuttgart, AR 72160**

On which line in Part 1 did you enter the creditor?　**2.3**

Last 4 digits of account number ___

---

☐　Name, Number, Street, City, State & Zip Code
**Russel D. Berry**
**Berry Law Firm**
**721 South Main Street**
**Stuttgart, AR 72160**

On which line in Part 1 did you enter the creditor?　**2.4**

Last 4 digits of account number ___

---

☐　Name, Number, Street, City, State & Zip Code
**Russel D. Berry**
**Berry Law Firm**
**721 South Main Street**
**Stuttgart, AR 72160**

On which line in Part 1 did you enter the creditor?　**2.5**

Last 4 digits of account number ___

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com　　　　　　　　　　　　　　　　　Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Harvey Harrington, III** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Debra H Harrington** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF ARKANSAS |
| Case number | **5:17-bk-14177** |
| (if known) | |

☐ Check if this is an
amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to
any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on
Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in
Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the
left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your
name and case number (if known).

### Part 1:      List All of Your PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims against you?**

   ■ No. Go to Part 2.

   ☐ Yes.

### Part 2:      List All of Your NONPRIORITY Unsecured Claims

3.   **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority
unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more
than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of
Part 2.

| | | Total claim |
|---|---|---|

| 4.1 | **CNH Industrial Capital America** | Last 4 digits of account number | **2006** | $2,345.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn:Bankruptcy**
**Po Box 292**
**Racine, WI 53401**                       When was the debt incurred?      **September 2014**
Number Street City State ZIp Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                             ☐ Contingent
☐ Debtor 2 only                             ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community** ☐ Student loans
**debt**                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ■ Other. Specify   **Deficiency balalnce on repossessed
                                                                 equipoment**

| Debtor 1 | **Harvey Harrington, III** | | |
|---|---|---|---|
| Debtor 2 | **Debra H Harrington** | Case number (if know) | **5:17-bk-14177** |

| 4.2 | **CNH Product Plus** | Last 4 digits of account number | **1080** | **$28,000.00** |

Nonpriority Creditor's Name
**PO Box 790439**
**Saint Louis, MO 63179**
Number Street City State Zip Code

When was the debt incurred? **various**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify  **Credit Card**

---

| 4.3 | **Simmons Bank** | Last 4 digits of account number | **4859** | **$587.00** |

Nonpriority Creditor's Name
**501 S Main St**
**Pine Bluff, AR 71601**
Number Street City State Zip Code

When was the debt incurred? **January 2013**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify  **Credit Card; Debra Harrington co-signed for Son; Son pays the debt**

---

| 4.4 | **Stribling Equipment, LLC** | Last 4 digits of account number | **5897** | **$16,450.00** |

Nonpriority Creditor's Name
**10600 Interstate 30**
**Little Rock, AR 72209**
Number Street City State Zip Code

When was the debt incurred? **October 17, 2016**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify  **Purchase Agreement**

Debtor 1   **Harvey Harrington, III**
Debtor 2   **Debra H Harrington**                                    Case number (if know)   **5:17-bk-14177**

| | | |
|---|---|---|
| **4.5** | **Synchrony Bank/ JC Penneys** | Last 4 digits of account number   **0227**   $8.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 956060**
**Orlando, FL 32896**

When was the debt incurred?   **September 1988**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Charge Account**

---

**Part 3:     List Others to Be Notified About a Debt That You Already Listed**

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**John Buzbee**
**Nixon, Light & Buzbee, PLLC**
**10201 W. Markham, Ste 108**
**Little Rock, AR 72205**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Part 4:     Add the Amounts for Each Type of Unsecured Claim**

**6.** Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 0.00 |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 47,390.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 47,390.00 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Harvey Harrington, III** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Debra H Harrington** |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF ARKANSAS |
| Case number | **5:17-bk-14177** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases                     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1   **Blue Line Rental**<br>**1100 S Franklin St**<br>**Pine Bluff, AR 71602** | **Debtor assumes the lease for the track hoe / excavator equipment** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Harvey Harrington, III** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | **Debra H Harrington** |
| (Spouse if, filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF ARKANSAS |
| Case number | **5:17-bk-14177** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                                   12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1   **Harvey Harrington IV**<br>**309 Hwy 140 East**<br>**Marked Tree, AR 72365** | ■ Schedule D, line ___**2.15**___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**TD Auto Finance** |
| 3.2   **Harvey Harrington IV**<br>**309 Hwy 140 East**<br>**Marked Tree, AR 72365** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.3**___<br>☐ Schedule G _____<br>**Simmons Bank** |
| 3.3   **Vaugine Farm LLC**<br>**105 E. Vaugine Rd**<br>**Sherrill, AR 72152** | ■ Schedule D, line ___**2.16**___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**U.S. Department of Agriculture** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Harvey Harrington, III** |
| Debtor 2 (Spouse, if filing) | **Debra H Harrington** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF ARKANSAS |
| Case number (If known) | **5:17-bk-14177** |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                            12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:        Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | Occupation | **Landleveling / Farming** | **Bookeeper** |
| | Employer's name | **Harrington Land Leveling** | **Harrington Land Leveling** |
| | Employer's address | **105 E. Vaugine Road**<br>**Sherrill, AR 72152** | **105 E. Vaugine Road**<br>**Sherrill, AR 72152** |
| | How long employed there? | **18 years** | **18 years** |

### Part 2:        Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $              0.00 | $              0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$              0.00 | +$              0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $              0.00 | $              0.00 |

Debtor 1 **Harvey Harrington, III**
Debtor 2 **Debra H Harrington**

Case number (*if known*) **5:17-bk-14177**

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **Copy line 4 here** | 4. | | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00  + $ | 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 14,492.31 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: **Tax Refund** | 8h.+ | $ 91.25  + $ | 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 14,583.56 | $ 0.00 |

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

10. $ 14,583.56 + $ 0.00 = $ 14,583.56

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____

11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies

12. $ 14,583.56

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain: _____

**United States Bankruptcy Court**
**Eastern District of Arkansas**

In re  **Harvey Harrington, III**
**Debra H Harrington**

Debtor(s)

Case No.   **5:17-bk-14177**
Chapter   **11**

# BUSINESS INCOME AND EXPENSES FOR HARRINGTON LAND LEVELING

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u>  (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

| | | |
|---|---|---:|
| 1. Gross Income For 12 Months Prior to Filing: | $ | 141,174.91 |

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

| | | |
|---|---|---:|
| 2. Gross Monthly Income | $ | 23,000.00 |

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---:|
| 3. Net Employee Payroll (Other Than Debtor) | $ | 2,200.00 |
| 4. Payroll Taxes | | 350.00 |
| 5. Unemployment Taxes | | 50.00 |
| 6. Worker's Compensation | | 698.03 |
| 7. Other Taxes | | 200.00 |
| 8. Inventory Purchases (Including raw materials) | | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | | 562.00 |
| 10. Rent (Other than debtor's principal residence) | | 0.00 |
| 11. Utilities | | 250.00 |
| 12. Office Expenses and Supplies | | 200.00 |
| 13. Repairs and Maintenance | | 2,338.00 |
| 14. Vehicle Expenses | | 0.00 |
| 15. Travel and Entertainment | | 0.00 |
| 16. Equipment Rental and Leases | | 5,195.00 |
| 17. Legal/Accounting/Other Professional Fees | | 500.00 |
| 18. Insurance | | 1,226.66 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

DESCRIPTION                                   TOTAL

21. Other (Specify):

DESCRIPTION                                   TOTAL

| | | |
|---|---|---:|
| 22. Total Monthly Expenses (Add items 3-21) | $ | 13,769.69 |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | | |
|---|---|---:|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) | $ | 9,230.31 |

## United States Bankruptcy Court
### Eastern District of Arkansas

| | | | |
|---|---|---|---|
| In re | **Harvey Harrington, III**<br>**Debra H Harrington** | Case No. | **5:17-bk-14177** |
| | Debtor(s) | Chapter | **11** |

# BUSINESS INCOME AND EXPENSES FOR VAUGINE FARM, LLC

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u>   (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

| | | |
|---|---|---:|
| 1. Gross Income For 12 Months Prior to Filing: | $ | 15,973.00 |

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

| | | |
|---|---|---:|
| 2. Gross Monthly Income | $ | 9,662.00 |

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | | |
|---|---|---:|
| 3. Net Employee Payroll (Other Than Debtor) | $ | 0.00 |
| 4. Payroll Taxes | | 0.00 |
| 5. Unemployment Taxes | | 0.00 |
| 6. Worker's Compensation | | 0.00 |
| 7. Other Taxes | | 500.00 |
| 8. Inventory Purchases (Including raw materials) | | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | | 0.00 |
| 10. Rent (Other than debtor's principal residence) | | 0.00 |
| 11. Utilities | | 0.00 |
| 12. Office Expenses and Supplies | | 0.00 |
| 13. Repairs and Maintenance | | 0.00 |
| 14. Vehicle Expenses | | 0.00 |
| 15. Travel and Entertainment | | 0.00 |
| 16. Equipment Rental and Leases | | 3,900.00 |
| 17. Legal/Accounting/Other Professional Fees | | 0.00 |
| 18. Insurance | | 0.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

| | | |
|---|---|---:|
| 22. Total Monthly Expenses (Add items 3-21) | $ | 4,400.00 |

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

| | | |
|---|---|---:|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) | $ | 5,262.00 |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Harvey Harrington, III** |
| Debtor 2 (Spouse, if filing) | **Debra H Harrington** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF ARKANSAS |
| Case number (If known) | **5:17-bk-14177** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

       ■ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents names.

   ■ Yes.   Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **25** | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ | 0.00 |
| | **If not included in line 4:** | | | |
| 4a. | Real estate taxes | 4a. | $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $ | 111.77 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $ | 341.66 |
| 4d. | Homeowner's association or condominium dues | 4d. | $ | 0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. | $ | 0.00 |

| Debtor 1 | **Harvey Harrington, III** | | | |
| Debtor 2 | **Debra H Harrington** | Case number (if known) | **5:17-bk-14177** | |

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ | 130.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ | 107.50 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 200.00 |
| | 6d. Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ | 850.00 |
| 8. | **Childcare and children's education costs** | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | 150.00 |
| 10. | **Personal care products and services** | 10. | $ | 350.00 |
| 11. | **Medical and dental expenses** | 11. | $ | 250.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | 183.33 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 25.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ | 500.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. | $ | 215.08 |
| | 15b. Health insurance | 15b. | $ | 297.26 |
| | 15c. Vehicle insurance | 15c. | $ | 103.16 |
| | 15d. Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **Personal Property Tax** | 16. | $ | 70.83 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ | 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. Other. Specify: | 17c. | $ | 0.00 |
| | 17d. Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, _Schedule I, Your Income_ (Official Form 106I).** | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on _Schedule I: Your Income._** | | | |
| | 20a. Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. Real estate taxes | 20b. | $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: **Birthday and Holiday gifts** | 21. | +$ | 50.00 |
| | **Pet Food/Veternarian Expenses** | | +$ | 150.00 |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 4,085.59 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | 4,085.59 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 _(your combined monthly income)_ from Schedule I. | 23a. | $ | 14,583.56 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | 4,085.59 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your _monthly net income._ | 23c. | $ | 10,497.97 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes. | Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Harvey Harrington, III** |
| | First Name · Middle Name · Last Name |
| Debtor 2 | **Debra H Harrington** |
| (Spouse if, filing) | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF ARKANSAS |
| Case number | **5:17-bk-14177** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

| | | | |
|---|---|---|---|
| X | **/s/ Harvey Harrington, III** | X | **/s/ Debra H Harrington** |
| | **Harvey Harrington, III** | | **Debra H Harrington** |
| | Signature of Debtor 1 | | Signature of Debtor 2 |
| | | | |
| Date | **August 31, 2017** | Date | **August 31, 2017** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Harvey Harrington, III** |
| | First Name · Middle Name · Last Name |
| Debtor 2 | **Debra H Harrington** |
| (Spouse if, filing) | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF ARKANSAS |
| Case number (if known) | **5:17-bk-14177** |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                 4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1.    What is your current marital status?**

■ Married
☐ Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | **$160,684.74** | ☐ Wages, commissions, bonuses, tips | **$0.00** |
| | ■ Operating a business | | ☐ Operating a business | |

| Debtor 1 | **Harvey Harrington, III** | | |
|---|---|---|---|
| Debtor 2 | **Debra H Harrington** | Case number *(if known)* | **5:17-bk-14177** |

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2016 ) | ☐ Wages, commissions, bonuses, tips | $820,695.00 | ☐ Wages, commissions, bonuses, tips | $0.00 |
| | ■ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2015 ) | ☐ Wages, commissions, bonuses, tips | $756,234.00 | ☐ Wages, commissions, bonuses, tips | $0.00 |
| | ■ Operating a business | | ☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2016 ) | **Rental Income from farm ground** | $15,000.00 | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2015 ) | **Rental Income from farm ground** | $30,000.00 | | |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ■ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?
    ☐ No.  Go to line 7.
    ■ Yes  List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

    ☐ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐ No.  Go to line 7.
    ☐ Yes  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| **Creditor's Name and Address** | **Dates of payment** | **Total amount paid** | **Amount you still owe** | **Was this payment for ...** |
|---|---|---|---|---|

| Debtor 1 | **Harvey Harrington, III** | | |
|---|---|---|---|
| Debtor 2 | **Debra H Harrington** | Case number *(if known)* | **5:17-bk-14177** |

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Blue Line Rental**<br>**1100 S Franklin St**<br>**Pine Bluff, AR 71602** | **May 14, 2017**<br>**June 19, 2017**<br>**July 21, 2017** | **$15,902.66** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other **Trackhoe Rental** |
| **Crabtree Manufacturing**<br>**970 S Industrial Pkwy**<br>**Yazoo City, MS 39194** | **January 7, 2017,**<br>**February 1, 2017,**<br>**March 20, 2017,**<br>**April 24, 2017,**<br>**May 28, 2017,**<br>**June 23, 2017** | **$21,000.00** | **$7,863.21** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other **3 Crabtree Dirtpans** |
| **O & M Oil**<br>**700 E. Gaines Street**<br>**Monticello, AR 71655** | **February 19, 2017,**<br>**April 24, 2017,**<br>**May 23, 2017 &**<br>**June 25, 2017** | **$13,655.54** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>■ Suppliers or vendors<br>☐ Other___ |
| **Great American Insurance**<br>**301 E 4th Street**<br>**Cincinnati, OH 45202** | **February 12, 2017,**<br>**March 21, 2017,**<br>**April 24, 2017,**<br>**May 16, 2017,**<br>**June 22, 2017 &**<br>**July 24, 2017** | **$7,621.98** | **$1,226.66** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other **Equipment Insurance** |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No
■ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Tracy Harrington**<br>**105 E. Vaugine Road**<br>**Sherrill, AR 72152** | **Summer 2017** | **$600.00** | **$0.00** | **Paid son, who is a mechanic, for buldozer repair work** |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Harvey Harrington, III** | | |
|---|---|---|---|
| Debtor 2 | **Debra H Harrington** | Case number *(if known)* | **5:17-bk-14177** |

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |
|---|---|

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **CNH Industrial Capital America LLC v. Harvey Harrington, III et al**<br>**35CV-17-344** | **Replevin Complaint** | **Jefferson County Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Enable Energy Gas Transmission LLC v Harvey Harrington III and Pamela Raspberry Ivory**<br>**35CV-2015-592** | **Civil** | **Circuit Court of Jefferson County, Ark** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☐ No. Go to line 11.
    ■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **CNH Industrial Capital America**<br>**Attn:Bankruptcy**<br>**PO Box 292**<br>**Racine, WI 53401** | **Case IH Steiger Tractor Model 500 Serial #: ZDF133716 $75,000**<br>**Case IH Steiger Tractor Model Serial #: ZCF130856 $175,000**<br>**Case IH Steiger Tractor Model STX500 Serial #: ZDF133716 $180,000 (estimated values)**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **July 30, 2017** | **$430,000.00** |
| **CNH Industrial Capital America**<br>**Attn:Bankruptcy**<br>**PO Box 292**<br>**Racine, WI 53401** | **LG40 Grader Blade**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **January 2017** | **$8,000.00** |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ■ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

| Debtor 1 | **Harvey Harrington, III** | | |
|---|---|---|---|
| Debtor 2 | **Debra H Harrington** | Case number *(if known)* | **5:17-bk-14177** |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

---

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **Bethany Missionary Baptist Church**<br>**7122 Sheridan Rd**<br>**White Hall, AR 71602** | **Debtors make weekly tithe of $100.00 estimated amounts of contribuitons: $14,000 contributed in 2016; $3,600 year-to-date** | **weekly tithe** | **$17,600.00** |

---

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No
■ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| **John Deere 290 BLC Trackhoe was totaled in flooded water** | **Insurance paid $160,000.00, part of which was used to pay the lien on the equipment** | **October 2016** | **$160,000.00** |
| **Vaugine Farm, LLC crop claim** | **Crop Insurance paid in Fall of 2016** | **2016** | **$85,000.00** |
| **Vaugine Farms, LLC preventative planting of rice** | **Diversified Crop Insurance claim coverage - claim has not yet been paid** | **2017** | **Unknown** |

---

**Part 7:    List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

| Debtor 1 | **Harvey Harrington, III** |
|---|---|
| Debtor 2 | **Debra H Harrington** |

Case number *(if known)* **5:17-bk-14177**

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Dilks Law Firm**<br>**P.O. Box 34157**<br>**Little Rock, AR 72203-3000**<br>**ldilks@dilkslawfirm.com** | **$18,000 Retainer, to be used for Credit Counseling course, obtaining credit report, attorney fees and filing fee** | **April 3, 2017**<br>**$15,000 and**<br>**July 31, 2017**<br>**$3,000** | **$18,000.00** |
| **Charles Coleman**<br>**Wright Lindsey & Jennings**<br>**Little Rock, AR 72201** | **legal services** | **January 2017** | **$566.58** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Vaugine Farm, LLC**<br>**105 E. Vaugine Road**<br>**Sherrill, AR 72152**<br><br>**Company owned by Debtor** | **various pieces of farm equipment** | **Debtor received $37,000 from Vaugine Farm, LLC** | **December 30, 2015** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | **Harvey Harrington, III** | | |
|---|---|---|---|
| Debtor 2 | **Debra H Harrington** | Case number *(if known)* | **5:17-bk-14177** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution
Address (Number, Street, City, State and ZIP Code) | Who else had access to it?
Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Storage Facility
Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?
Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**  Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes.  Fill in the details.**

| Owner's Name
Address (Number, Street, City, State and ZIP Code) | Where is the property?
(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:**  Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■  *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■  *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■  *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site
Address (Number, Street, City, State and ZIP Code) | Governmental unit
Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site
Address (Number, Street, City, State and ZIP Code) | Governmental unit
Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1    **Harvey Harrington, III**
Debtor 2    **Debra H Harrington**        Case number *(if known)*   **5:17-bk-14177**

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

---

**Part 11:**   **Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

     ■ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

     ■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

     ☐ A partner in a partnership

     ☐ An officer, director, or managing executive of a corporation

     ☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Harrington Land Leveling**<br>**105 E. Vaugine Road**<br>**Sherrill, AR 72152** | **Land Leveling**<br><br>**Thomas S. Lovett, CPA PLLC** | **EIN:**    **81-0585792**<br><br>**From-To**   **approx 1998 to present** |
| **Vaugine Farm, LLC**<br>**105 East Vaugine Road**<br>**Sherrill, AR 72152** | **Agricultural Farm**<br><br>**Thomas S. Lovett, CPA PLLC** | **EIN:**    **46-5698657**<br><br>**From-To**   **April 2014 to present** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No
■ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **Arkansas County Bank**<br>**220 W. Cross St.**<br>**De Witt, AR 72042** | **within approximately past 12 months** |

| | | | |
|---|---|---|---|
| Debtor 1 | **Harvey Harrington, III** | | |
| Debtor 2 | **Debra H Harrington** | Case number *(if known)* | **5:17-bk-14177** |

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| /s/ Harvey Harrington, III | /s/ Debra H Harrington |
|---|---|
| **Harvey Harrington, III** | **Debra H Harrington** |
| **Signature of Debtor 1** | **Signature of Debtor 2** |
| Date   **August 31, 2017** | Date   **August 31, 2017** |

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                                      Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1    **Harvey Harrington, III**

Debtor 2    **Debra H Harrington**
(Spouse, if filing)

United States Bankruptcy Court for the:    Eastern District of Arkansas

Case number    **5:17-bk-14177**
(if known)

☐ Check if this is an amended filing

## Official Form 122B
## Chapter 11 Statement of Your Current Monthly Income

12/15

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On top of any additional pages, write your name and case number (if known).

**Part 1:**    **Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

     ☐ **Not married**. Fill out Column A, lines 2-11.

     ■ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

     ☐ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $    0.00 | $    0.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $    0.00 | $    0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $    0.00 | $    0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | 26,191.32 | | |
| Ordinary and necessary operating expenses | -$ | 47,425.98 | | |
| Net monthly income from a business, profession, or farm | $ | 0.00 | **Copy here ->** $    0.00 | $    0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | 0.00 | | |
| Ordinary and necessary operating expenses | -$ | 0.00 | | |
| Net monthly income from rental or other real property | $ | 0.00 | **Copy here ->** $    0.00 | $    0.00 |

Debtor 1    **Harvey Harrington, III**
Debtor 2    **Debra H Harrington**                                    Case number *(if known)*   **5:17-bk-14177**

|  | Column A<br>**Debtor 1** | Column B<br>**Debtor 2** |
|---|---|---|
| 7.  **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |
| 8.  **Unemployment compensation** | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| For you | $ 0.00 |
| For your spouse | $ 0.00 |

9.  **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.          $ 0.00          $ 0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism.

If necessary, list other sources on a separate page and put the total below.

| | $ | $ |
| | $ 0.00 | $ 0.00 |
| Total amounts from separate pages, if any. | + $ 0.00 | $ 0.00 |

11. **Calculate your total current monthly income.**

Add lines 2 through 10 for each column.

Then add the total for Column A to the total for Column B.

$ 0.00  + $ 0.00  = $ 0.00

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Harvey Harrington, III** | | |
|---|---|---|---|
| Debtor 2 | **Debra H Harrington** | Case number (*if known*) | **5:17-bk-14177** |

---

**Part 2:**   **Sign Below**

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X **/s/ Harvey Harrington, III**          X **/s/ Debra H Harrington**
**Harvey Harrington, III**          **Debra H Harrington**
Signature of Debtor 1          Signature of Debtor 2

Date **August 31, 2017**          Date **August 31, 2017**
MM / DD / YYYY          MM / DD / YYYY

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Harvey Harrington, III** | | |
|---|---|---|---|
| Debtor 2 | **Debra H Harrington** | | Case number (*if known*)  **5:17-bk-14177** |

# Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **01/01/2017** to **06/30/2017**.

**Line 5 - Income from operation of a business, profession, or farm**
Source of Income: **Harrington Land Leveling**
Income/Expense/Net by Month:

| | Date | Income | Expense | Net |
|---|---|---|---|---|
| 6 Months Ago: | **01/2017** | **$12,230.48** | **$102,723.59** | **$-90,493.11** |
| 5 Months Ago: | **02/2017** | **$50,000.00** | **$16,830.91** | **$33,169.09** |
| 4 Months Ago: | **03/2017** | **$19,000.00** | **$20,066.82** | **$-1,066.82** |
| 3 Months Ago: | **04/2017** | **$38,069.97** | **$29,632.86** | **$8,437.11** |
| 2 Months Ago: | **05/2017** | **$0.00** | **$21,029.98** | **$-21,029.98** |
| Last Month: | **06/2017** | **$21,874.46** | **$32,218.52** | **$-10,344.06** |
| | Average per month: | **$23,529.15** | **$37,083.78** | |
| | | | Average Monthly NET Income: | **$-13,554.63** |

**Line 5 - Income from operation of a business, profession, or farm**
Source of Income: **Vaugine Farms**
Income/Expense/Net by Month:

| | Date | Income | Expense | Net |
|---|---|---|---|---|
| 6 Months Ago: | **01/2017** | **$15,973.00** | **$47,725.55** | **$-31,752.55** |
| 5 Months Ago: | **02/2017** | **$0.00** | **$0.00** | **$0.00** |
| 4 Months Ago: | **03/2017** | **$0.00** | **$9,290.00** | **$-9,290.00** |
| 3 Months Ago: | **04/2017** | **$0.00** | **$0.00** | **$0.00** |
| 2 Months Ago: | **05/2017** | **$0.00** | **$3,615.28** | **$-3,615.28** |
| Last Month: | **06/2017** | **$0.00** | **$1,422.38** | **$-1,422.38** |
| | Average per month: | **$2,662.17** | **$10,342.20** | |
| | | | Average Monthly NET Income: | **$-7,680.04** |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Arkansas

In re    **Harvey Harrington, III**      Case No.   **5:17-bk-14177**
      **Debra H Harrington**

                   Debtor(s)      Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept               $    **$295 per hour for legal services**

     Prior to the filing of this statement I have received        $    **5,672.25**

     Balance Due                                          $    **As approved by the Court**

2.    The source of the compensation paid to me was:

     ☑ Debtor      ☐ Other (specify):

3.    The source of compensation to be paid to me is:

     ☑ Debtor      ☐ Other (specify):

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 31, 2017**              **/s/ Lyndsey D. Dilks**
*Date*                                 **Lyndsey D. Dilks 2007-076**
                                        *Signature of Attorney*
                                         **DILKS LAW FIRM**
                                         **P.O. Box 34157**
                                         **Little Rock, AR 72203**
                                         **(501)244-9770  Fax: (888)689-7626**
                                         **ldilks@dilkslawfirm.com**
                                         *Name of law firm*