**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

| | |
|---|---|
| IN RE: HARVEY HARRINGTON, III and DEBRA HARRINGTON | Case No: 5:17-bk-14177 T/T |
| Debtors-In-Possession | Chapter 11 |

## MOTION TO APPROVE SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES AND NOTICE OF OPPORTUNITY TO OBJECT

COME NOW Harvey Harrington III and Debra Harrington, Debtors-In-Possession by and through their attorney, Lyndsey D. Dilks of DILKS LAW FIRM, and for their *Motion to Approve Sale of Real Property Free and Clear of Liens and Encumbrances and Notice of Opportunity to Object* ("**Motion to Approve Sale**"), state as follows:

1. Debtors filed for relief under the provisions of Chapter 11 of the United States Bankruptcy Code on July 31, 2017, acting as Debtors-In-Possession pursuant to 11 U.S.C. §§ 1107 and 1108 of the Bankruptcy Code. Debtors constitute a small business debtor.

2. Debtors continue to operate a land leveling company and to manage property as Debtors and Debtors-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

3. No request for the appointment of a trustee or examiner has been made in this case.

4. Debtors own certain real property located at 105 East Vaugine Road, Sherill, AR 72152 in Jefferson County.

5. Debtors have received an offer of $1,140,275.00, a copy of which is attached hereto, incorporated herein and labeled "**Exhibit A[1]**", to purchase the Property, with proceeds from the sale to be applied as follows:

---

[1] A copy of the Real Estate Contract is attached to the original document filed with the Court. Parties, if interested, may obtain an electronic version of the document by contacting counsel for the Debtors, who will mail a copy of same to requesting party.

    a. $842,331.31, payoff as of October 31, 2017 of $841,384.77 and $135.22 per diem (total per diem as of November 7, 2017 of $946.54), to Arkansas County Bank to release its mortgage lien;

    b. $165,000.00 approximate tax consequence;

    c. $7,500.00 approximate Closing Costs;

    d. $6,500.00 U.S. Trustee fees; and

    e. $118,943.69 to be paid to the Debtors.

6. Proceeds from the sale, in the estimated amount of $118,943.69, shall be paid to and held by the Debtors in the Debtor-In-Possession bank account. Debtors propose these funds be held and disbursed upon further approval of the Court.

7. If necessary, at closing, the proceeds from the sale may include the U.S. Trustee fees and the approximate tax consequences, which may be paid to the Debtors. These funds shall be deposited into their Debtor-In-Possession account with the taxes and U.S. Trustee fees to be paid from that account.

8. The Debtors believe that the sale of the Real Property is in the best interest of the estate and their creditors.

### NOTICE OF OPPORTUNITY TO OBJECT

**NOTICE IS HEREBY GIVEN THAT A MOTION TO SELL REAL PROPERTY HAS BEEN FILED BY THE DEBTORS. ANY OBJECTIONS TO THE MOTION MUST BE MADE IN WRITING AND FILED WITH THE UNITED STATES BANKRUPTCY COURT, 300 WEST SECOND, LITTLE ROCK, ARKANSAS 72201 ON OR BEFORE TWENTY-ONE (21) DAYS AFTER THE DATE OF THIS NOTICE, WITH A COPY MAILED TO LYNDSEY D. DILKS, DILKS LAW FIRM, P.O. BOX 34157, LITTLE ROCK, ARKANSAS 72203. IF NO OBJECTIONS ARE FILED, THE COURT MAY ENTER AN ORDER APPROVING THE SALE WITHOUT FURTHER NOTICE OR HEARING. IF OBJECTIONS ARE FILED, A HEARING WILL BE SET BY THE BANKRUPTCY COURT BY SUBSEQUENT NOTICE.**

WHEREFORE, the Debtors, Harvey Harrington, III and Debra H. Harrington, pray the Court FIND and ORDER that the Debtor-In-Possession is permitted to sell the above-described real property; and for all other just and proper relief to which the Debtors may be entitled.

                                          **Respectfully submitted,**

                                          **/s/ Lyndsey D. Dilks**
                                          **LYNDSEY D. DILKS, Bar #2007-076**
                                          **DILKS LAW FIRM**
                                          **P.O. Box 34157**
                                          **Little Rock, AR 72203**
                                          **(501)244-9770 phone**
                                          **(888)689-7626 fax**
                                          **ldilks@dilkslawfirm.com**

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney, do hereby certify that on <u>November 7, 2017</u> a copy of the foregoing pleading was mailed to the following by first class mail with sufficient postage or that it was noticed electronically via ECF:

Charles Tucker, US Trustee – by ECF

John Blume Buzbee on behalf of Creditor CNH Industrial Capital America LLC– by ECF
john@nixonandlight.com, ronaee@nixonandlight.com

Robert Fehse on behalf of Creditor TD Auto Finance LLC – by ECF
rfehse@evanspetree.com, sbruce@evanspetree.com

Robert A. Gaines on behalf of Creditor Bank of The West – by ECF
againes@williamsanderson.com, jarmour@williamsanderson.com;nmoler@williamsanderson.com

J. Brad Moore on behalf of Creditor Arkansas Federal Credit Union – by ECF
jbmoore@wetzelandmoore.com, firm@wetzelandmoore.com

**Creditor matrix by regular mail**

                                          **/s/ Lyndsey D. Dilks**
                                          **LYNDSEY D. DILKS, Bar #2007-076**