Form nhrgccm

# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

In Re:  Harvey Harrington, III and Debra H Harrington
  Debtor

Case No.: 5:17−bk−14177
Chapter: 11
Judge: Richard D. Taylor

PLEASE TAKE NOTICE that a hearing will be held before Judge Richard D. Taylor at

U.S. Bankruptcy Court, 300 W. 2nd Street, Little Rock, AR 72201

on 5/24/18 at 09:00 AM

to consider and act upon the following:

*18* − Motion for Relief from Stay . Fee Amount $181 Filed by John Blume Buzbee on behalf of CNH Industrial Capital America LLC (Buzbee, John)

Dated: 2/27/18

Jean Rolfs, Clerk
By:
Lindsey Emerson
Deputy Clerk