## Monthly Chapter 11 Statement of Household Activity

Case Name: HARVEY HARRINGTON, III and
DEBRA H. HARRINGTON          Case No.:   5:17-BK-14177

Month: *March 2018*          No. in Household:   3

1. Beginning Checkbook Balance:                         $538-97

2. Cash Receipts:

| | | | | | | |
|---|---|---|---|---|---|---|
| Salary | (H) $ | - | (W) $ | - | $ | - |
| Commissions | | | | | $ | - |
| Authorized Business Draws | | | | | $ | 3500 00 |
| Interest/Dividends | | | | | $ | -01 |
| Other Income (Describe): | | | | | | |
| | | | | | $ | - |
| | | | | | $ | - |
| | | | | | $ | - |

Total Receipts for Month                              $3500-01

3. Cash Disbursements

| | |
|---|---|
| Mortgage payments / rent | $ - |
| Auto Payments | $ - |
| Utilities | $ 26.71 |
| Food | $ 831 92 |
| Clothing | $ 23.19 |
| Transportation (not including auto payment) | $ 602.75 |
| Repairs and Maintenance | $ 23-84 |
| Medical and Dental | $ 37.50 |
| Insurance (Describe) *Medical + Life* | $ 224-69 |
| Taxes (Describe) | $ - |
| Telephone | $ 92-18 |
| Tuition/Education | $ - |
| Gifts and Donations | $ 425-00 |
| Recreation | $ 132.28 |
| Alimony, Maintenance or Support Payments | $ - |
| Union, Professional or Social Dues | $ - |
| Other (Describe): | |
| *Bank Charges* | $ 18 00 |
| *Household Supplies* | $ 12-48 |
| | $ - |

Total Distributions for Month                         $2840 51

4. Ending Checkbook Balance (1+2-3)                   $1198-47

COPY OF BANK STATEMENT AND BANK RECONCILIATION MUST BE ATTACHED

I declare under penalty of perjury that this statement and accompanying documentation and reports
are true and correct to the best of my knowledge and belief.

Date:   4-11-18          Signature of Debtor(s):
Telephone:   870 7668920

(NOTE) This report is to be used by all individuals under Chapter 11 to report personal (household) income and expenses.
All business activity must be reported on the business operating report.