## Monthly Chapter 11 Statement of Household Activity

Case Name: HARVEY HARRINGTON, III and DEBRA H. HARRINGTON  
Case No.: 5:17-BK-14177  
Month: April 2018  
No. in Household: 3

1. Beginning Checkbook Balance: $1026.11

2. Cash Receipts:
   - Salary (H) $ -   (W) $ -   $ -
   - Commissions   $ -
   - Authorized Business Draws   $2000.00
   - Interest/Dividends   $.01
   - Other Income (Describe):   $ -
   $ -
   $ -

   Total Receipts for Month   $2000.01

3. Cash Disbursements
   - Mortgage payments / rent   $ -
   - Auto Payments   $ -
   - Utilities   $362.88
   - Food   $464.74
   - Clothing   $ -
   - Transportation (not including auto payment)   $221.17
   - Repairs and Maintenance   $ -
   - Medical and Dental   $116.24
   - Insurance (Describe) Life & Medical   $324.08
   - Taxes (Describe)   $ -
   - Telephone   $92.18
   - Tuition/Education   $ -
   - Gifts and Donations   $550.00
   - Recreation   $85.02
   - Alimony, Maintenance or Support Payments   $ -
   - Union, Professional or Social Dues   $ -
   - Other (Describe): Bank Charges   $18.00
     Household Supplies   $65.28
     $ -

   Total Distributions for Month   $2499.59

4. Ending Checkbook Balance (1+2-3)   $526.53

COPY OF BANK STATEMENT AND BANK RECONCILIATION MUST BE ATTACHED

I declare under penalty of perjury that this statement and accompanying documentation and reports are true and correct to the best of my knowledge and belief.

Date: 5-18-18   Signature of Debtor(s): [signed] Harvey Harrington III / Debra Harrington  
Telephone: 870 766 8920

(NOTE) This report is to be used by all individuals under Chapter 11 to report personal (household) income and expenses. All business activity must be reported on the business operating report.